AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED

# UNITED STATES DISTRICT COURT
### for the

2026 APR 15 AM 11: 21

CLERK, ⋕ DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ CR _____
DEPUTY

| | |
|---|---|
| JUSTYNA WADE | ) |
| Plaintiff | ) |
| v. | ) |
| The Church of Scientology, Iuminata Group, APD | ) |
| Defendant | ) |

Civil Action No. 1:26CV00941 RP

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: homeless in Austin since the past 3 years, sleep at Arpot blvd park
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ ___N/A___ , and my take-home pay or wages are: $ ___N/A___ per
*(specify pay period)* ___N/A___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ N/A _____ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Unaccesible savings out of the county / not willing to use those based on passport unavailability, lack of contact with a bank

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Can't be specified due to circumstantial evidence and donorship. Can only be subjected to maximum value of a career in Marketing consulting average of $420,000 in a career optimum, dating back to 2011.

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

No dependants despite of a pet Obi currently taken care of Edward Douglas Wade in Belarus

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

AT&T unpaid phone bill. Daily I am homeless and depend on others with survival. Despite of the circumstantial evidence my true obligation is to recover financially for enforcement to donorship and discrimination to meet commercial goal among different members of the Church of scentbay and other cults affiliates contributing to financial damage. I must to regain standerds of living of Marketing Professional / VP of Marketing (the county of years of discrimination)

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 04/15/2026 _____

_____
Applicant's signature

JUSTXNA WADE
*Printed name*

any threat to potentially total physical characterless loss, mortality loss and even death. Denial of icality wherever ~~trying~~ trying for talk with APD or at County Court when talking protective order from further harm. Stating that scientology is willing to give you good life. Based on circumstantial evidence and food deprivation to torment, different forms of discrimination I am reluctant about good outcome. I state under secrecy I was put under depriation of life using natural course in that field.

City of Austin — denied of any responsibility in civil and commercial matter upholding secrecy of ongoing discrimination and circumstantial evidence on the grounds of donorship with the Church of Scientology ~~part~~ disacting as preventative measure should repay amount that sufficient for persecution. Potential value is to be determined and associate gender based discrimination and depriviation of rights.

Plantiff wish to be repayid for overusing my identity for fundraiser among residents of Austin. There was a bike and run marathon with APD presence conducted alongside the ACL campus. $250,000 was fundraise for Justyna Wade to help to recover from permanent rights reservation. Money wasn't ever received. The event has taken place over a year ago / Overusing, cross selling commercially my identity under fabrified cause. Overusing national origin at triangle to test language and fend off on basis of national origin. Specifics: accusing British population or network to differentiate and frighten. An example: get fuck out of here. You would never do walk like us. American like us better / incident at Sprouts. We don't help. We're British — Incident at in front of Triangle shopping center. Jade said: we don't have to be nice. She's left our country / incident at Coffee Bennu.

Retribution for wellness recovery in body, mouth, hair damage. That's achieved through starvation and food contamination resulting immediately in body responses to drug and mortality loss. Making long distances to get help with food and water and heavy lifting of a bag to avoid another robbery — The Church of Scientology ~~Under~~ All cosmetic repairs must be covered/dental with depending on an effitable Upon restaint from employment and dependence on food and water in prolonged period stages conduction under illusion of wishing me to give good life, overusing immigration status in neighborhood upholds the plaintiff stayed ~~longer~~ longest. Overusing networks of friends and relatives to indirectly force a public opinion under deceptive mention and cause I reserve my right si constitutional rights to privacy, freedom, protected characteristics, and prosperity regardless results of public texts

Bring special attention to Eueling Jeziasha Czemanko condemning not wishing plaintiff prosperity in the US overusing contacts at MIT with Christoph Kuchta. I conclude as the donor I wasn't supposed to overcome ongoing state of survival and potentially fail due to natural cause under secrecy. I don't or ever have confirm donorship attendace through the course of 41 years with to this day marking 3 years as the homeless. It's parents enforcements keeping secrecy jeopardizing completely any torture in life. Good life doesnt require employment deprivation, forms of discrimination in civil and commercial matters, neither in field experimentation with torments and drug abuse. I bring special regret to reevaluate authorities diminuestia in reduction of punitive damages that estimates fair and proper amounts in retribution. APD was a stimulant in continuestia of deprivation to detail discussion witnessed in person leaving a question mark for harming John with their suffering to go on.

The Church of Scientology must to repay complete career deprivation with premeditation agreed in the donorship between Jadwiga Sulkiennili Czenanka, Chris and Lucyna. Note the event of career deprivation concerns England, Poland, EU and US. Based on the cult or organizations preferences I should not re subjected to gender based discrimination, discrimination based on feedback fabrication to favor ultimate goal of doorship. Term is typical to cult ideologies. Note that financial deprivation and food dependence doesnt align with overall definition of good life, neither party involved should continue causing harm. Note that job was something to make a living and I have gotten or workarounds to with diligent preparation at university. Wages lost, 401k, retirement in career repayment must be accounted accordingly.

Repayment and overturning immigration status intuction, 8 weeks prior to eligibility for US citizenship commencing so called research done in the field by John and Chris in Beverly, MA starting in August 2020. All my ID's along with filled US naturalization form got stolen through an affiliate with no proof of evidence of Joseph Blake investigation. One of what got secrecy in conspiracy theory. / The Church of