Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED

2026 APR 22  PM 1:20

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ JC

JUSTYNA WADE

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Church of Scientology, luminate Group, APD

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-00941

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

1) Amendment to the case, some additional information upon checking on the case review progress.

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | The Church of Scientology |
| Street Address | N/A |
| City and County | Austin, Travis County |
| State and Zip Code | Texas |
| Telephone Number | N/A |
| E-mail Address | N/A |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Illuminata Group |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | Texas |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | APD |
| Job or Title *(if known)* | |
| Street Address | Austin |
| City and County | Texas |
| State and Zip Code | |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | N/A |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | N/A |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

b.     If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In addition to the claim, the plaintiff is remarking on the form of torture with use of three different nations in the city of Austin commences with homelessness and Blue, Green, Yellow stages conducted by the Church of Scientology overusing my personal information and breaching privacy protection, fredulent use of Posessions of Identifying Information (Texas Penal Code 32.51) John's curiosity of Green Card validation plates upon planning a robbery. Group/networks hired for speutic acts to cause physical and mental suffering with starvation used as a technique to hostility, and soft of sadistic abuse motive/Torture 18 U.S.C 2340 A/Section 2340 A of Title 18 prohibits torture commited by public officials and defines it as any act to physical and mental torture. Ho sening from accessing food, water or help upon begging to food contamination administered in few doses has been havouring, and bought change to personal characteristics)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Due to sadistic abuses via insinuated events (using networks) or relatives, coercing authorities to deny reality but support John's order for physical and mental suffering, and not reducing deprivations I would like to claim disability as torture is often charged as aggravated assault, harassy/sexual assault. Because of starvation and food begging I couldn't focus on higher end desires but been living existential problems in prolonged period of time. Off

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number                _____

Name of Law Firm            _____

Street Address              _____

State and Zip Code          _____

Telephone Number            _____

E-mail Address              _____

Concerning Case 1:26-cv-00941 directed to Judge Robert Pitman, Judge Susan Hightower, this is for the plaintiff to bring special complaints about Federal Employees at the check-in desks. Today as of 4/22/2026 upon coming into the building, I've recognized that's one of the guys witnessing denial of the court federal and state responsibilities, stating they only do the Marshall service. In desperation, after long distance walk to discuss pervasiveness of the ongoing discrimination, I was deceived in information amongst so called experts. That leds to conclude that the locals has taken Schadenfreude in slow walking legal procedings and were extending punitive damages to it's highs for some secretive, but still harmful reasons. According to the constitutional rights, regardless national origin (where most of discriminatory output was coming from the same origin man, mostly and woman) we uphold a privilage to legal hearings and rights. Born for donorship, at least of the course of 41 years of financial damage and forms of discrimination, I would expect the nation to bear in mind the importance of the laws, acting to highest point of dignity. Instead I have encountered a playground for torture and discrimination to perhaps completely downgrade my soul. I don't agree to deceptive practices, denials of justice, the only overturning in it's true fairness principle. I should be succesfull financially with all uptitude for having it all, making my life my own rather tolerating cuts oppression to achieve ultra cheap, low end desiring person. This is unacceptable. All employees must refrain from leaking and widespreding details of the claim to ensure it's best outcome within a date of filing ex the case for a review. I do not wish any above statements to be underwritted or overrated. Thank you for cooperation.

Kind regards
Justyna Wade