IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JUSTYNA WADE,                          §
                                       §
        Plaintiff,                     §
                                       §
v.                                     §            1:26-CV-941-RP
                                       §
CHURCH OF SCIENTOLOGY, et al.,         §
                                       §
        Defendants.                    §

## ORDER

On May 19, 2026, United States Magistrate Judge Susan Hightower ordered Plaintiff Justyna Wade ("Plaintiff") to file a "More Definite Statement on or before May 29, 2026." (Dkt. 5, at 5). The order warned, "A failure to do so may result in the Court's recommendation that this case be dismissed for failure to prosecute." (*Id.*). To date, Plaintiff has not complied with the Court's order.

Federal courts have the authority to dismiss a complaint for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order"). Plaintiff's pro se status does not excuse her failure to meet the deadline. "[P]ro se parties must still comply with the rules of procedure." *Ogbodiegwu v. Wackenhut Corrs. Corp.*, 202 F.3d 265, 1999 WL 1131884, at *2 (5th Cir. 1999) (per curiam) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972); *Grant v. Cellular*, 59 F.3d 523, 524 (5th Cir. 1995)). "'The notice afforded by the Rules of Civil Procedure and the local rules' is 'sufficient' to advise pro se litigants of their burden;" and "no 'particularized additional notice' for pro se litigants is required." *Thorn v. McGary*, 2017 WL 1279222, at *2 (5th Cir. April 5, 2017) (quoting *Martin v. Harrison Cty. Jail*, 975 F.2d 192, 193 (5th Cir. 1992) (per curiam)).

Given that Plaintiff has not filed a more definite statement, the Court finds that there is a clear record of inaction and nonresponsiveness that justifies dismissing this action for want of prosecution.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendants in this action are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on June 10, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE